JS 44 (Rev. 05/05 NDGA)     CIVIL COVER SHEET     **06 CV 2442**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket record (SEE INSTRUCTIONS ATTACHED)

## I. (a) PLAINTIFFS

United States of America

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES)**

## DEFENDANTS

THE STATE OF GEORGIA, AND CATHY COX, SECRETARY OF STATE, IN HER OFFICIAL CAPACITY (FULTON COUNTY)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)**

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
United States Attorney's Office
600 Richard Russell Federal Building
75 Spring Street, S.W.
Atlanta, Georgia 30303
404-581-6350

**ATTORNEYS (IF KNOWN)**
DENNIS R. DUNN, Deputy Attorney General
State of Georgia, Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334
404/656-5614

## II. BASIS OF JURISDICTION

- ■ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(FOR DIVERSITY CASES ONLY)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated of Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another Place | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN X IN ONE BOX ONLY)

- ■ 1 ORIGINAL PROCEEDING
- ☐ 2 REMOVED FROM STATE COURT
- ☐ 3 REMANDED FROM APPELLATE COURT
- ☐ 4 REINSTATED OR REOPENED
- ☐ 5 TRANSFERRED FROM ANOTHER DISTRICT (SPECIFY DISTRICT)
- ☐ 6 MULTIDISTRICT LITIGATION
- ☐ 7 APPEAL TO DISTRICT JUDGE FROM MAGISTRATE JUDGE JUDGMENT

## V. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

§ 42 U.S.C. §§ 1974 (b) & 1974(d): Enforce the requirements of the Civil Rights Act of 1960 & production of voter registration data.

(IF COMPLEX, CHECK REASON BELOW)

( ) 1 Unusually large number of parties
( ) 2 Unusually large number of claims or defenses
( ) 3 Factual issues are exceptionally complex
( ) 4 Greater than normal volume of evidence
( ) 5 Extended discovery period is needed.

( ) 6 Problems locating or preserving evidence.
( ) 7 Pending parallel investigation or actions by government.
( ) 8 Multiple use of experts
( ) 9 Need for discovery outside United States boundaries.
( ) 10. Existence of highly technical issues and proof.

**CONTINUED ON NEXT PAGE**